# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

Plaintiff,

v.   CASE NO. **17-CR-** 10097-EFM

**ANDREW JOHN PLEVIAK,**   FILED UNDER SEAL

Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

**EXCEEDING AUTHORIZED ACCESS TO A GOVERNMENT COMPUTER**
**(18 U.S.C. Sections 1030(a)(2) and (c)(2)(B)(ii), and 2)**

That on or about October 27, 2016, within the District of Kansas, the defendant,

**ANDREW JOHN PLEVIAK,**

knowingly and intentionally exceeded authorized access to a computer, and thereby obtained information from a department and agency of the United States from a protected computer, to wit: the National Crime Information Center; and did so in furtherance of a

criminal and tortious act in violation of the Constitution, federal law, and the laws of the State of Kansas, in violation of Title 18, United States Code, Sections 1030(a)(2) and (c)(2)(B)(ii), and 2.

## COUNT TWO

### EXCEEDING AUTHORIZED ACCESS TO A GOVERNMENT COMPUTER
### (18 U.S.C. Sections 1030(a)(2) and (c)(2)(B)(ii), and 2)

That on or about November 22, 2016, within the District of Kansas, the defendant,

**ANDREW JOHN PLEVIAK,**

knowingly and intentionally exceeded authorized access to a computer, and thereby obtained information from a department and agency of the United States from a protected computer, to wit: the National Crime Information Center, and did so in furtherance of a criminal and tortious act in violation of the Constitution, federal law, and the laws of the State of Kansas, in violation of Title 18, United States Code, Sections 1030(a)(2) and (c)(2)(B)(ii), and 2.

## COUNT THREE

### DESTRUCTION OF RECORDS IN A FEDERAL INVESTIGATION
### (18 U.S.C. Section 1519)

That on or about March 4, 2017, within the District of Kansas, the defendant,

**ANDREW JOHN PLEVIAK,**

knowingly and intentionally destroyed, altered, and concealed a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter the defendant knew and contemplated was within the jurisdiction of the United States Department of Homeland Security and the United States Department of Justice, in violation of Title 18, United States Code, Section 1519.

A TRUE BILL.

July 18, 2017                                    s/Foreperson
DATE                                             FOREPERSON OF THE GRAND JURY


 s/Thomas E. Beall
THOMAS E. BEALL,
Ks. S. Ct. No. 19929
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
thomas.beall@usdoj.gov